IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                  Plaintiff

v.                                                        CAUSE NO. 1:07CR124-LG-RHW-002

JIM DAVIS HULL                                                            Defendant

and

REGIONS BANK, INC.                                                        Garnishee

### ORDER OF GARNISHMENT

A Writ of Garnishment [182], pursuant to 28 U.S.C. § 3205, directed to REGIONS BANK, INC. ("REGIONS") as the "Garnishee," has been duly issued and served upon the Garnishee as to Defendant Debtor Jim Davis Hull.

Pursuant to the Writ of Garnishment, REGIONS filed an Answer of Garnishee [188] on May 24, 2023. Garnishee did not provide in its Answer a description of the property it held for the Defendant. REGIONS filed an Amended Answer [192] on June 6, 2023, stating that at the time of the service of the Writ it had in its possession, custody or control, personal property to which the Defendant held an interest, and Garnishee was indebted to Defendant, as follows:

1. Deposit Savings Account ending in 9423 containing approximately $21,589.65;
2. Deposit Savings Account ending in 5962 containing approximately $3,758.55;
3. Deposit Savings Account ending in 9271 containing approximately $1,282.00;
4. Deposit Checking Account ending in 5706 containing approximately $1,824.69;
5. Deposit Checking Account ending in 4533 containing approximately $4,193.99.

On May 16, 2023, Defendant Debtor was served with a copy of the Clerk's

Notice and the Writ of Garnishment, advising that he may file an objection to the answer of the garnishee, claim applicable exemptions, if any, and request a hearing within 20 days after receipt of the Garnishee's Answer.  (*See* Writ of Garnishment, ECF No. 182; Clerk's Notice of Exemptions, ECF No. 185; Notice of Serv., ECF No. 186).  Regions' Amended Answer was signed on June 2, 2023 and received by the Court for filing on June 7, 2023.  (*See* Am. Ans., ECF No. 192).  Neither party has filed an objection or requested a hearing as to the Amended Answer filed by Garnishee REGIONS within twenty (20) days of receipt of the same, pursuant to 28 U.S.C. § 3205(c)(5).[1]  It has been shown that the amount of criminal debt owed by the Defendant is presently **$4,926,079.27.**  The United States has advised the Court that it is not seeking the funds held by garnishee REGIONS in the two identified checking accounts, ending in 5706 and 4533.

IT IS THEREFORE ORDERED AND ADJUDGED that Garnishee REGIONS pay immediately the balance held in the three accounts identified as Deposit Savings Account ending in 9423 containing approximately $21,589.65, Deposit Savings Account ending in 5962 containing approximately $3,758.55, and Deposit Savings Account ending in 9271 containing approximately $1,282.00, totaling approximately **$26,630.20**, plus any accrued interest or other deposits into such accounts, to the United States.

IT IS FURTHER ORDERED AND ADJUDGED that the United States will

---

[1] Defendant filed a general [189] Objection to the [182] Writ of Garnishment on May 24, 2023, and he requested a hearing.  The Court denied that Objection and Request for a Hearing in a separate [194] Order, which is incorporated herein by reference.

reduce the amount of the judgment debt owed to the United States by the amount received, and that an accounting of this garnishment shall be filed with the Court and provided to the judgment debtor and the garnishee pursuant to 28 U.S.C. § 3205(c)(9)(B), whereupon the garnishee will be dismissed, all accounts previously frozen will be unrestrained, and this garnishment action terminated without further order of the Court.

Payments shall be made payable to the **Clerk of Court** and mailed to **United States District Clerk of Court, 2012 15th Street, Suite 403, Gulfport, MS  39501.** The payment shall include on the face of the payment instrument the name of the Defendant, Jim Davis Hull, and the case number 1:07CR124-LG-RHW-002 for proper identification.

**SO ORDERED AND ADJUDGED** this the 29th day of June, 2023.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge